# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 18-00465LEK-RLP |
| CASE NAME: | Hawai`i Disability Rights Center vs. Christina Kishimoto and Pankaj Bhanot |
| ATTYS FOR PLA: | Kristin L. Holland<br>Maile Osika |
| ATTYS FOR DEFT: | Ryan M. Akamine<br>Skyler G. Cruz |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 03/08/2019 | TIME: | 10:30-10:55 |

COURT ACTION:  EP: Status Conference held.

Parties updated the Court regarding pending discovery disputes re: privilege log, etc. Discovery Dispute is regarding general discovery.

[8] Plaintiff's Motion for Preliminary Injunction is Denied Without Prejudice to re-filing.

Evidence in support of imminent, irreparable harm and a concentrated, specific course of evidence in support of preliminary injunction to be included in an updated motion. Then the Court will consider the Motion for Preliminary Injunction.

Otherwise issues will be addressed in the Non Jury Trial.

Submitted by: Warren N. Nakamura, Courtroom Manager