# MINUTE ORDER

CASE NUMBER:   CIVIL NO. 18-00465 LEK-WRP

CASE NAME:   Hawai'i Disability Rights Center vs. Christina Kishimoto

JUDGE:   Leslie E. Kobayashi                DATE: 11/30/2020

COURT ACTION:  EO: COURT ORDER RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    On July 29, 2020, Defendants Christina Kishimoto, in her official capacity as Superintendent of the State of Hawaii, Department of Education, and Pankaj Bhanot, in his official capacity as Director of the State of Hawaii, Department of Human Services, (collectively "Defendants") filed their Motion for Summary Judgment ("Motion").  [Dkt. no. 88.]  On October 2, 2020 Plaintiff Hawai`i Disability Rights Center ("Plaintiff") filed its memorandum in opposition to the Motion, and on October 9, 2020, Defendants filed their reply. [Dkt. no. 111, 115.]  A hearing was held on October 23, 2020.

    The parties are hereby informed that the Motion is GRANTED.  A written order will follow that will supersede this ruling.  If Plaintiff wishes to file a motion for reconsideration, it may not do so until the Court files the written order on the Motion.

    IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager